# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re TESLA, INC. SHAREHOLDER DERIVATIVE LITIGATION | C.A. No. 1:18-cv-01669-CFC |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING CONTINUATION OF STAY OF PROCEEDINGS

WHEREAS, on February 25, 2019, the Court entered an order staying this Action in its entirety pending resolution of *In re Tesla Inc. Securities Litigation,* No. 3:18-cv-04865-EMC (N.D. Cal.) (the "Securities Action");

WHEREAS, the Court ordered that the Parties shall inform the Court within thirty (30) days following the resolution of the Securities Action;

WHEREAS, on July 11, 2023, judgment was entered in the Securities Action at the U.S. District Court level;

WHEREAS, on July 14, 2023, the plaintiff in the Securities Action filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit appealing the Securities Action (the "Appeal");

WHEREAS, the parties continue to agree that resolution of the Securities Action may have bearing on the claims asserted in this Action;

WHEREAS, a continued stay of this Action pending resolution of the appeal of the Securities Action to the Ninth Circuit could also promote judicial efficiency and economy;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and among the parties hereto, subject to the approval of the Court, that:

## CONTINUATION OF STAY OF PROCEEDINGS

{01929820;v1 }  1. The existing stipulation between the parties is hereby extended, on the same terms, until 45 days after the conclusion of the Appeal. 30 days after the conclusion of the Appeal, the Parties shall inform the Court of the Appeal's status and propose a course of action.

OF COUNSEL:

Boris Feldman
Doru Gavril
Jennifer Loeb
Rebecca Lockert
Olivia Rosen
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email:
boris.feldman@freshfields.com
doru.gavril@freshfields.com
jennifer.loeb@freshfields.com
    rebecca.lockert@freshfields.com
olivia.rosen@freshfields.com

ASHBY & GEDDES

By:  /s/ Catherine A. Gaul
    Catherine A. Gaul (No. 4310)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    (302) 654-1888
    cgaul@ashbygeddes.com

*Attorneys for Defendants Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen Jurvetson, James Murdoch, Kimbal Musk, and Linda Johnson Rice, and Nominal Defendant Tesla, Inc.*

OF COUNSEL:

Dean Kristy (*pro hac vice*)
Jennifer C. Bretan (*pro hac vice*)
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300
dkristy@fenwick.com
jbretan@fenwick.com

MORRIS NICHOLS ARSHT & TUNNELL LLP

By:  /s/ William M. Lafferty
    William M. Lafferty (#2755)
    Susan W. Waesco (#4476)
    1201 North Market Street
    Wilmington, Delaware 19801
    (302) 658-9200
    wlafferty@morrisnichols.com
    swaesco@morrisnichols.com

*Attorneys for Defendant Elon Musk*

| | |
|---|---|
| OF COUNSEL:<br><br>Thomas J. McKenna<br>Gregory M. Egleston<br>GAINEY MCKENNA & EGLESTON<br>440 Park Avenue South, 5th Floor<br>New York, NY 10016<br>(212) 983-1300<br>tjmckenna@gme-law.com<br>egleston@gme-law.com | BIELLI & KLAUDER, LLC<br><br>By: */s/ Ryan M. Ernst*<br>   Ryan M. Ernst (#4788)<br>   1204 N. King Street<br>   Wilmington, Delaware 19801<br>   (302) 321-5411<br>   rernst@bk-legal.com<br><br>*Attorneys for Plaintiff Melvyn Klein* |
| OF COUNSEL:<br><br>Beth A. Keller<br>LAW OFFICES OF BETH A. KELLER, P.C.<br>118 North Bedford Road, Ste. 100<br>Mount Kisco, NY 10549<br>(914) 752-3040<br>bkeller@keller-lawfirm.com | RIGRODSKY LAW, P.A.<br><br>By: */s/ Herbert W. Mondros*<br>   Seth D. Rigrodsky (#3147)<br>   Gina M. Serra (#5387)<br>   Herbert W. Mondros (#3308)<br>   300 Delaware Avenue, Ste. 210<br>   Wilmington, Delaware 19801<br>   (302) 295-5310<br>   sdr@rl-legal.com<br>   gms@rl-legal.com<br>   hwm@rl-legal.com<br><br>*Attorneys for Plaintiff Ross Weintraub* |

Dated: August 10, 2023

SO ORDERED this _____ day of _____, 2023.

_____
The Hon. Colm F. Connolly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re TESLA, INC. SHAREHOLDER DERIVATIVE LITIGATION | C.A. No. 1:18-cv-01669-CFC |

## [PROPOSED] ORDER

Before the Court is Defendants' Motion to Dismiss Plaintiff's Verified Stockholder Derivative Complaint. The Court has considered the Motion, briefing and responses, and has determined that the Motion should be and is hereby GRANTED.

SO ORDERED, this _____ day of _____, 2023.

_____
Colm F. Connolly
United States District Court Judge

{01929820;v1 }